918443

UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BED BATH & BEYOND INC.,

        Plaintiff,

  – against –

AVIVA SPORTS, INC.,

        Defendant.
------------------------------------------------------------X

07 CIV 7925 (DLC)(FM)
ECF Case

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Dated: New York, NY
       September 10, 2007

LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, NY 10271
212 964-6611
Attorneys for Plaintiff BED BATH & BEYOND INC.

s/
_____
Dennis M. Rothman (dr-0384)