# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Yortk

Case Number: 07-CIV-7925

Plaintiff:
**BED BATH & BEYOND, INC.**

vs.

Defendant:
**AVIVA SPORTS, INC.**

For:
Dennis Rothman
LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, NY 10271-0071

Received by CHASE & TRACE, INC. on the 11th day of September, 2007 at 10:00 am to be served on **AVIVA SPORTS, INC. c/o CSC lawyers Inc. Service, 221 Bolivar St., Jefferson City, MO**.

I, Rufus R. Harmon, being duly sworn, depose and say that on the **11th day of September, 2007 at 12:15 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons and Compliant** with the date and hour of service endorsed thereon by me, to: **Lauren Shipley** as **Registered Agent** for **AVIVA SPORTS, INC. c/o CSC lawyers Inc. Service**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, competent, have no interest nor will benefit in the above action, and in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 11th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Rufus R. Harmon
Process Server

CHASE & TRACE, INC.
D/B/A Harmon Legal Process Service
P.O. Box 1794
Jefferson City, MO 65102-1794
(573) 635-6690
Our Job Serial Number: 2007001300

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c

◎AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE COTE

# UNITED STATES DISTRICT COURT

Southern District of New York

BED BATH & BEYOND INC.,
Plaintiff,

V.

AVIVA SPORTS, INC.,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 7925

TO: (Name and address of Defendant)

AVIVA SPORTS, INC.
4059 State Road A
Montreal, Missouri 65591

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis M. Rothman
LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, NY 10271
212 964-6611

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  _[signature]_

DATE  SEP 1 0 2007

(By) DEPUTY CLERK