**WHITE FLEISCHNER & FINO, LLP** | 140 Broadway, New York City, NY 10005
Tel. 212-487-9700   Fax. 212-487-9777

HOLMDEL  WHITE PLAINS  GARDEN CITY
PHILADELPHIA  LONDON

CONFIDENTIAL COMMUNICATION : ALL RIGHTS AND PRIVILEGES RESERVED

September 28, 2007

*Via Electronic Filing*
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York  10007

Re:   Bed Bath & Beyond Inc. v. Aviva Sports, Inc.
      Docket No.: 07 CIV 7925
      Our File No.: 408-13041-D-EAR
      Handling Attorney: Evan A. Richman

Dear Sir/Madam:

Herewith for filing, a Stipulation extending time for the defendant, Aviva Sports, Inc., to Answer the Complaint.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Nicholas L. Paone
npaone@wff-law.com
NLP/dag
Enclosure

cc:   *Via Regular Mail*
      Dennis M. Rothman, Esq.
      LESTER SCHWAB KATZ & DWYER, LLP
      120 Broadway
      New York, New York 10271