UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

BED BATH & BEYOND INC.,

                Plaintiff,           Index No.: 07 CIV 7925

    -against-                  **STIPULATION EXTENDING TIME TO ANSWER**

AVIVA SPORTS, INC.,

                Defendant.
-----------------------------------------X

    IT IS HEREBY STIPULATED that the time for the defendant AVIA SPORTS, INC., to appear and answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including ~~the~~ October 22, 2007.

Dated: New York, New York
       September 28, 2007

                                  Yours, etc.,

                                  WHITE FLEISCHNER & FINO, LLP

                                  By: _____
                                      Nicholas L. Paone
                                  Attorneys for Defendant
                                  140 Broadway - 36th Floor
                                  New York, New York 10005
                                  (212) 487-9700
                                  Our File No.: 408-13041-D-EAR

_____
Dennis M. Rothman, Esq.  (dr-0384)
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, New York 10271
Tel: 212-964-6611
Fax: 212-267-5916