08/28/2007 11:43 FAX 2124879777                                                      ☒ 003/003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

-----------------------------------------------X

BED BATH & BEYOND INC.,

                            Plaintiff,                    Index No.: 07 CIV 7925 (DLC)

        -against-                                  **STIPULATION EXTENDING
                                                   TIME TO ANSWER**

AVIVA SPORTS, INC.,

                            Defendant.

-----------------------------------------------X

        IT IS HEREBY STIPULATED that the time for the defendant AVIA SPORTS, INC.,
to appear and answer, amend or supplement the answer as of course or to make any motion
with relation to the summons or to the complaint in this action, be and the same hereby is
extended to and including the ~~last day of November~~, 2007.
                              October 22,

Dated: New York, New York
       September 28, 2007

                                    Yours, etc.,

                                    WHITE FLEISCHNER & FINO, LLP

                                    By: _____
                                            Nicholas L. Paone
                                    Attorneys for Defendant
                                    140 Broadway - 36th Floor
                                    New York, New York 10005
                                    (212) 487-9700
                                    Our File No.: 408-13041-D-EAR

_____
Dennis M. Rothman, Esq.   (dr-0384)
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, New York 10271
Tel: 212-964-6611
Fax: 212-267-5916

                                    SO ORDERED:

                                    _____
                                    U.S.D.J.
                                    October 11, 2007