UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
BED BATH & BEYOND INC.,

                Plaintiff,            Index No.: 07 CIV 7925

    -against-                  **RULE 7.1 STATEMENT**

AVIVA SPORTS, INC.,

                Defendant.
———————————————————————X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, AVIVA SPORTS, INC., a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The parent company of Aviva Sports, Inc. is Otter Tail Corporation. Varistar Corporation is a subsidiary of Otter Tail Corporation. Shoremaster, Inc. is a subsidiary of Varistar Corporation. Aviva Sports, Inc. is a subsidiary of Shoremaster, Inc.

Dated: New York, New York
       October 18, 2007

                                        WHITE FLEISCHNER & FINO, LLP

                                        By: _____
                                              EVAN A. RICHMAN (EAR-7507)
                                        140 Broadway - 36th Floor
                                        New York, New York 10005
                                        (212) 487-9700

                                        PEMBERTON, SORLIE, RUFER
                                        & KERSHNER, P.L.L.P.
                                        H. Morrison Kershner, MN No. 55426
                                        110 North Mill Street, P.O. Box 866
                                        Fergus Falls, MN 56538-0866
                                        Telephone: 218-736-5493

                                        ATTORNEYS FOR DEFENDANT