UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

BED BATH & BEYOND INC.,

      Plaintiff,      Index No.: 07 CIV 7925

 -against-          **ANSWER**

AVIVA SPORTS, INC.,

      Defendant.
——————————————————————X

  Defendant Aviva Sports, Inc., for its answer to Plaintiff's Complaint, states and alleges:

1. Defendant admits the allegations of paragraph 1 of the complaint.

2. Defendant admits the allegations of paragraph 2 of the complaint.

3. Defendant admits the allegations of paragraph 3 of the complaint.

4. Defendant admits the allegations of paragraph 4 of the complaint.

5. Defendant admits the allegations of paragraph 5 of the complaint.

6. Defendant denies the allegations of paragraph 6 of the complaint.

7. Defendant denies the allegations of paragraph 7 of the complaint.

8. Defendant denies the allegations of paragraph 8 of the complaint.

9. Defendant denies the allegations of paragraph 9 of the complaint.

10. Defendant denies the allegations of paragraph 10 of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

11. Plaintiff's Complaint fails to state a claim upon which relief will be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

12. Plaintiff failed to mitigate damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

13. Plaintiff's suit is barred by the doctrine of waiver.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

14. Plaintiff's suit is barred by the doctrine of estoppel.

WHEREFORE, Defendant demands judgment dismissing Plaintiff's complaint and awarding defendant its costs and disbursements.

Dated: New York, New York
October 18, 2007

WHITE FLEISCHNER & FINO, LLP

By: _____
EVAN A. RICHMAN (EAR-7507)
140 Broadway - 36th Floor
New York, New York 10005
(212) 487-9700
Our File No.: 408-13041-D-EAR

PEMBERTON, SORLIE, RUFER
& KERSHNER, P.L.L.P.
H. Morrison Kershner, MN No. 55426
110 North Mill Street, P.O. Box 866
Fergus Falls, MN 56538-0866
Telephone: 218-736-5493

ATTORNEYS FOR DEFENDANT