STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

*Julia N. Bryant*, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in *Brooklyn, New York*.

That on October 19, 2007 deponent served the within **Answer and Rule 7.1 Statement** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Dennis M. Rothman, Esq.
LESTER SCHWAB KATZ &
 DWYER, LLP
120 Broadway
New York, New York 10271
(212) 964-6611
(212) 267-5916 (Fax)

_____
*Julia N. Bryant*

Sworn to before me this
19th day of October, 2007

CORETTA A. THOMAS
Notary Public, State of New York
No. 01TH6102574
Qualified in New York County
Commission Expires 12/08/2007