UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BED BATH & BEYOND INC.,                   :        07 CIV. 7925 (DLC)
                                          :
                      Plaintiff,          :           O R D E R
                                          :
         -v-                              :
                                          :
AVIVA SPORTS, INC.,                       :
                                          :
                      Defendant.          :
------------------------------------------X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07

     Pursuant to the October 23, 2007 letter from counsel

representing defendant Aviva Sports, Inc., advising this Court

that attorney Nicholas L. Paone, is no longer handling this

matter, it is hereby

     ORDERED that the Clerk of Court shall remove Nicholas L.

Paone's appearance from this case.

Dated:    New York, New York
          October 30, 2007

                                   DENISE COTE
                              United States District Judge