UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
BED BATH & BEYOND INC.,

                Plaintiff,          Index No.: 07 CIV 7925 (DLC)

    -against-                  **MOTION TO ADMIT**
                                               **COUNSEL PRO**
AVIVA SPORTS, INC.,                       **HAC VICE**

                Defendant.
————————————————————X

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the

Southern District of New York, I, Evan A. Richman, a member in good standing of the bar of

this Court, hereby move for an Order allowing the admission pro hac vice of

        H. Morrison Kershner, Esq.
        Pemberton Sorlie Rufer & Kershner, PLLP
        110 North Mill Street
        Fergus Falls, MN 56537
        (t) 218-736-5493
        (f) 218-736-3950

H. Morrison Kershner, Esq. is a member in good standing of the Bar of the State of

Minnesota and there are no pending disciplinary proceedings against H. Morrison Kershner,

Esq. in any State or Federal court.

Dated: New York, New York
       November 28, 2007

                                           WHITE FLEISCHNER & FINO, LLP

                                           By: _____
                                                 EVAN A. RICHMAN (EAR-7507)
                                                 61 Broadway - 18th Floor
                                                 New York, New York 10006
                                                 Tel: (212) 487-9700
                                                 Fax: (212) 487-9777
                                                 Our File No.: 408-13041-D-EAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
BED BATH & BEYOND INC.,

                Plaintiff,           Index No.: 07 CIV 7925 (DLC)

   -against-                       **AFFIDAVIT IN SUPPORT**
                                               **OF MOTION TO PRACTICE**
AVIVA SPORTS, INC.,              **PRO HAC VICE**

                Defendant.
————————————————————X

State of New York  )
                       ) ss:
County of New York )

    EVAN A. RICHMAN, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of White Fleischner & Fino, LLP counsel of record for Defendants AVIVA SPORTS, INC. I am familiar with the proceedings in this case.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on February 10, 1999. I am also admitted in good standing before the United States District Court for the Southern District of New York.

3. I submit this Affidavit in support of the instant motion seeking the admission of H. Morrison Kershner, Esq. to practice *pro hac vice* in the above captioned matter.

4. Mr. Kershner is a member of the firm Pemberton Sorlie Rufer & Kershner in Fergus Falls, Minnesota. A Certificate of Good Standing from the Supreme Court of the State of Minnesota is annexed hereto as Exhibit "A".

5.  I have found Mr. Kershner to be a skilled attorney and a person of integrity who is of the highest moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  I respectfully submit a proposed order granting the admission of Mr. Kershner, pro hac vice, which is attached hereto as Exhibit "B".

WHEREFORE, it is respectfully requested that the motion to admit H. Morrison Kershner, pro hac vice, to represent Defendant Aviva Sports, Inc. in the above captioned matter be granted.

Dated: New York, New York
November 28, 2007

WHITE FLEISCHNER & FINO, LLP

By: _____
EVAN A. RICHMAN (EAR-7507)
61 Broadway - 18th Floor
New York, New York 10006
(212) 487-9700
Our File No.: 408-13041-D-EAR

Sworn to before me this
28th day of November, 2007.

_____
Notary Public

JULIA N. BRYANT
Notary Public, State of New York
No. 01BR5077402
Qualified in King County
Commission Expires May 5, 2011

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

H M KERSHNER

was duly admitted to practice as an lawyer and counselor at law in all the courts of this state on

October 01, 1976

Given under my hand and seal of this court on

November 01, 2007

Fredrick K. Grittner
Clerk of Appellate Courts



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
BED BATH & BEYOND INC.,

                Plaintiff,                Index No.: 07 CIV 7925 (DLC)

   -against-                       **ORDER FOR ADMISSION**
                                        **PRO HAC VICE ON**
AVIVA SPORTS, INC.,                 **WRITTEN MOTION**

                Defendant.
———————————————————————X

     Upon the motion of Evan A. Richman, attorney for Defendant AVIVA SPORTS, INC., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

        H. Morrison Kershner, Esq.
        Pemberton Sorlie Rufer & Kershner, PLLP
        110 North Mill Street
        Fergus Falls, MN 56537
        (t) 218-736-5493
        (f) 218-736-3950
        M.Kershner@pemlaw.com

is admitted to practice pro hac vice as counsel for Defendant AVIVA SPORTS, INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

                                                                   _____
                                                                   United States District Judge

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

*Julia N. Bryant*, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in *Brooklyn, New York*.

That on November 28, 2007 deponent served the within **Motion to Admit Counsel Pro Hac Vice** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Dennis M. Rothman, Esq.
LESTER SCHWAB KATZ &
DWYER, LLP
120 Broadway
New York, New York 10271
(212) 964-6611
(212) 267-5916 (Fax)

_____
Julia N. Bryant

Sworn to before me this
28th day of November, 2007

_____
WENDY A. JANTZ
Notary Public, State of New York
No. 01JA____812
Qualified in Richmond County
Commission Expires January 23, 20__