SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
BED BATH & BEYOND INC.,

               Plaintiff,            Index No.: 07 CIV 7925 (DLC)

    -against-                 **MOTION TO ADMIT**
                                   **COUNSEL PRO**
AVIVA SPORTS, INC.,                  **HAC VICE**

               Defendant.
―――――――――――――――――――――X

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Evan A. Richman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

      H. Morrison Kershner, Esq.
      Pemberton Sorlie Rufer & Kershner, PLLP
      110 North Mill Street
      Fergus Falls, MN 56537
      (t) 218-736-5493
      (f) 218-736-3950

H. Morrison Kershner, Esq. is a member in good standing of the Bar of the State of Minnesota and there are no pending disciplinary proceedings against H. Morrison Kershner, Esq. in any State or Federal court.

Dated: New York, New York
         November 28, 2007

                                          WHITE FLEISCHNER & FINO, LLP

                                          By:   _____
                                                   EVAN A. RICHMAN (EAR-7507)
                                                   61 Broadway - 18th Floor
                                                   New York, New York 10006
                                                    Tel: (212) 487-9700
                                                    Fax: (212) 487-9777
                                                    Our File No.: 408-13041-D-EAR

[Handwritten annotation: "Granted. / Denise Cote / December 6, 2007"]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07