```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :
BED BATH & BEYOND INC.,                   :
                         Plaintiff,       :
                                          :    07 Civ. 7925 (DLC)
            -v-                           :
                                          :    ORDER OF
AVIVA SPORTS, INC.,                       :    DISCONTINUANCE
                         Defendant.       :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   SO ORDERED:

Dated:    New York, New York
          February 4, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge