```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

970588/574-7221
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BED BATH & BEYOND INC.,                :
                    Plaintiff,    :
   – against –                          :
AVIVA SPORTS, INC.,                    :
                    Defendant.    :
-------------------------------------------------------X

07 CIV 7925 (DLC)(FM)
ECF Case

STIPULATION OF DISMISSAL

The parties having reached a settlement, this action is dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a).

Dated: New York, NY
      Feb.    , 2008

LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, NY 10271
212 964-6611
Attorneys for Plaintiff BED BATH & BEYOND INC.

_____
Dennis M. Rothman (dr-0384)


PEMBERTON, SORLIE, RUFER & KERSHNER, P.L.L.P.
110 North Mill Street
P.O. Box 866
Fergus Falls, MN 56538-0866
Attorneys for Defendant AVIVA SPORTS, INC.

_____
H. Morrison Kershner (hk-2150 )
Admitted *pro hac vice*

_____
U.S.D.J.
Feby 27, 2008